CHARLES H. OSBORN, Respondent, *v.* THOMAS KEECH, Appellant.

(Submitted February 15, 1876; decided February 25, 1876.)

REPORTED below, 3 Hun, 223.

*Daniel F. Robertson* for the appellant.

*Oscar Smedburgh* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.